```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GREGORY GIANNATTASIO,

                Plaintiff,
                                                      ORDER
        -against-                                     11-CV-3519(JS)(WDW)


NEW YORK STATE DIVISION OF PAROLE,
et al.,

                Defendants.
----------------------------------------X
```

APPEARANCES:
FOR Plaintiff:     Gregory Giannattasio, Pro Se
                   Nassau County Correctional Center
                   100 Carman Avenue
                   East Meadow, NY 11554

For Defendants:    No Appearances.

SEYBERT, District Judge:

On July 20, 2011, incarcerated pro se plaintiff Gregory Giannattasio ("Plaintiff") filed a Complaint in this Court pursuant to 42 U.S.C. § 1983. Plaintiff's submission did not include the requisite Prisoner Authorization authorizing the deduction of the $350.00 filing fee from Plaintiff's prison trust fund account. Accordingly, by letter dated July 21, 2011, Plaintiff was provided with the proper form and instructed that in order to proceed, Plaintiff must return the completed Prisoner Authorization form within fourteen (14) days from receipt of the letter. Plaintiff has failed to respond to the Court's letter or otherwise communicate with the Court, and the action is dismissed without prejudice. The Clerk shall mail a copy of this Order to the Plaintiff.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   October   20  , 2011
         Central Islip, New York